IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN T. FIGGINS,

    Plaintiff,

v.                                                              NO. 05-10235

ADVANCE AMERICA CASH ADVANCE
CENTERS OF MICHIGAN, INC., and
ADVANCE AMERICA CASH ADVANCE
CENTERS, INC.,

    Defendants.

---

## INDEX OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Excerpts from Deposition of Susan Figgins |
| 2 | U.S. Department of Health & Human Services Body Measurement Index with Calculation for Figgins, Brewer and MacKenzie |
| 3 | FRE 1006 Summary of Business Records of Hires, Transfers and Promotions with Authenticating Declaration of Judy Brown |
| 4 | Photographs of Division Employees with Authenticating Declaration of Deborah LaBeff |
| 5 | Declaration of Deborah LaBeff Concerning Promotion and Hiring |
| 6 | Excerpts from Deposition of Donna Brewer |
| 7 | Status Change Form dated 6/3/02 - Bates No. D000158-59 |
| 8 | Declaration of Judy Brown with attached Chart Calculating Family Leave |
| 9 | Defendants' Medical Leave Policy |
| 10 | Excerpts from Deposition of Deborah LaBeff |
| 11 | Declaration of Dennis Fischer Authenticating Figgins' Email of 12-6-04 |
| 12 | Excerpts from Deposition of Christina MacKenzie |
| 13 | Excerpts from Deposition of Miranda Rogers |